UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:20-CT-03082-D

AARON LEE BROOKS,
             Plaintiff,

     v.                                               **ORDER**

JEFFREY LOVEALL, *et al.*,
             Defendants.

THIS MATTER is before the Court on Defendants' Motion for Advanced/Remote

Testimony of Defendant Hooks. For good cause shown, Defendants' Motion is

GRANTED.

It is therefore ORDERED that Defendant Hooks' testimony may be secured in

advance of trial through a deposition *de bene esse*.

Furthermore, it is ORDERED that Defendant Hooks is excused from personally

appearing at trial.

SO ORDERED.

This the __10__ day of __February_____, 2023.

_____
James C. Dever III
United States District Judge

1